■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT GONZALEZ, Appellant. — Judgment of the Supreme Court, Queens County (Dunkin, J.), rendered May 12, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Thompson and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RICHARDS, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Thorp, J.), imposed June 30, 1982. Appeal dismissed as academic. It appears that defendant has served the sentence appealed from and has been released. We note that had we reached the merits, we would have affirmed. O'Connor, J. P., Weinstein, Niehoff and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL VERRA, Appellant. — Judgment of the Supreme Court, Kings County (Kramer, J.), rendered August 19, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Thompson, Bracken and Rubin, JJ., concur.